# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

FREEDOM FROM RELIGION
FOUNDATION, INC.; PETER VIVIANO,
ERNIE HIRSHMAN, SABINA HIRSHMAN,
PAUL WEINBAUM, MARTIN J. BOYD, M.D.,
and JESSE V. CHAVEZ,,

        Plaintiffs,

v.                              No. CIV-05-1168/RLP/KRM

GOVERNOR BILL RICHARDSON, SECRETARY
JOE R. WILLIAMS, HOMER GONZALES,
BILL SNODGRAS, and CORRECTIONS
CORPORATION OF AMERICA, INC.,

        Defendants.

## STIPULATED ORDER DISMISSING ALL CLAIMS

**THIS MATTER** having come before the Court on Defendants' Unopposed

Motion to Dismiss the Complaint. The Court finds Defendants' Unopposed Motion to

Dismiss the Complaint should be granted.


**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that

the Complaint and all claims that were or could have been brought are hereby dismissed

with prejudice. All parties shall bear their own attorney fees and costs incurred herein.


                                           HON. RICHARD PUGLISI
                                           United States Magistrate Judge
                                           (sitting by designation)

AGREED TO:


_____/s/_____
David Thomson
David Tourek
Assistant Attorneys General
P.O. Drawer 1508
Santa Fe, NM 87505
505-827-7416 (Thomson)
505-222-9187 (Tourek)
Attorneys for State Defendants


_____/s/_____
SUTIN, THAYER & BROWNE, P.C.
Gail Gottlieb
Ben Thomas
P. O. Box 1945
Albuquerque, NM 87103-1945
505-883-3332
Attorneys for Defendants CCA and Snodgrass


_____/s/_____
BOARDMAN, SUHR, CURRY & FIELD
Richard L. Bolton
1 South Pinckney St., 4th Floor
Madison, WI 53701-0927
(608) 257-9521
Attorneys for Plaintiffs